Panel          640
               1:30   CW

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: CR 13-0484-11 |
|---|---|
| v. CLAUDIA GARCIA AKA GIGGLES DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __8/6/13   4:00__  ☑ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☑   No ☐
3. Charges under which defendant has been booked: __21 USC 846__
4. Offense charged is a: ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes  ☑ No  ☐ Unknown
6. Interpreter Required: ☑ No  ☐ Yes: _____ (Language)
7. Year of Birth: __1975__
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: __7/18/13__
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?  ☑ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☑ If yes, please list Officer's Name: _____  Time: _____ AM / PM
14. Remarks (if any): _____
15. Date: __8/6/13__          16. Name: __Alan Hughes__ (Please Print)
17. Agency: __ATF__           18. Signature: __[signature]__
19. Office Phone Number: __213-748-8879__

CR-64 (06/09)          REPORT COMMENCING CRIMINAL ACTION