FILED
CLERK, U.S. DISTRICT COURT
AUG 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
| PLAINTIFF | 13-0484-11 |
| v. | |
| CLAUDIA GARCIA | DECLARATION RE PASSPORT |
| DEFENDANT. | |

I, __CLAUDIA GARCIA__, declare that
(Defendant)

[X] I have never been issued any passport by any country. I will not apply for the issuance of a passport during the pendency of this case.

[ ] I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

[ ] My passport is in the possession of federal authorities. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of __August__, 20__13__
at __LA CA__
(City and state)

__Claudia Garcia__
Signature of Defendant

---

If defendant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Declaration re Passport from English into _____ to defendant _____, on this date.

Date: _____        _____
                             Interpreter

CR-37 (07/12)                DECLARATION RE PASSPORT