JAMES S. BISNOW
Attorney at Law, SB # 65224
427 S. Marengo Avenue, Suite 6
Pasadena, CA 91101
Tel :(626 229-9665
Fax: (626) 229-9666
Email: jimlaw@pacbell.net

Attorney for Defendant

CLAUDIA GARCIA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0484-CAS (CW) |
| Plaintiff, | |
| v. | **[ ORDER EXTENDING DATE BY WHICH CLAUDIA GARCIA MAY POST PROPERTY BOND AS ORDERED BY COURT** |
| CLAUDIA GARCIA, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the time for Claudia Garcia to post her property bond as ordered by the Court be extended from August 13, 2013 to August 23, 2013.

DATED: August 19, 2013

*Carla M. Woehrle*

_____

HONORABLE U.S. DISTRICT COURT MAGISTRATE JUDGE CARLA M. WOEHRLE