# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR13-484-CAS | | Date | September 18, 2014 |
|---|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | |
|---|---|

| R. Neal for Catherine M. Jeang | Laura Elias | Mark Childs |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 11. CLAUDIA GARCIA | | X | X | 11. James Bisnow | | X | X |

**Proceedings:**      CHANGE OF PLEA

Hearing held and counsel are present. The Court confers with counsel and defendant moves to change her plea to Count(s) 1of the Indictment, states that her true name is as charged and is sworn.

The Court questions the defendant regarding her intention to enter a plea of GUILTY and advises the defendant of her Constitutional Rights. Defendant now enters a new and different plea of GUILTY to Count(s) 1of the Indictment. The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

The Court orders the Plea Agreement filed and incorporated into the record.

The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to **March 9, 2015** at **2:30 p.m.** for sentencing.

Defendant is ordered to be present at the March 9, 2015 at 2:30 p.m. sentencing, unless advised otherwise by her attorney of record.

The Court orders the Status Conference/Jury Trial VACATED as to this defendant.

|  |  | 00 | : | 24 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | | RGN/CMJ |

cc:  U.S. Probation Office
     U.S. Pretrial Services