None

Linesheet - Session per Page                                           User:    Jose Urita

| Case: | R1-10-0287 | Target: | (562) 794-7111 | Line: | (562) 794-7111 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3669 | Date: | 10/27/2011 | Classification: | Pertinent | Duration: | 00:00:33 |
| Monitored By: | aguileras | Start Time: | 15:04:03 PDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 3232725984 | Asscociate Number: | (323) 272-5984 | Participants: | CLAUDIA p/c 485-TT2 Subscriber, Rolando Coka, | | |

## Synopsis

INCOMING: 323-272-5984

CLAUDIA to VEGA

VEGA asked if she (CLAUDIA) could do the favor of calling Guilty via three-way. CLAUDIA asked what she should tell him (Guilty). VEGA said nothing, just to make the three-way (call). CLAUDIA said she would call him (VEGA) back, with him (Guilty on the other line), because she had to look for his (Guilty's) number. VEGA said all right.

EOC

SB: EL

None

Linesheet - Session per Page

User: Jose Urita

| Case: | R1-10-0287 | Target: | (562) 794-7111 | Line: | (562) 794-7111 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3673 | Date: | 10/27/2011 | Classification: | Pertinent | Duration: | 00:00:40 |
| Monitored By: | ramirezge | Start Time: | 15:06:33 PDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 3232725984 | Asscociate Number: | (323) 272-5984 | Participants: | CLAUDIA p/c 495-TT2 Subscriber, Rolando Coka, | | |

## Synopsis

INCOMING: 3232725984

[Continued from call#3671]

CLAUDIA to VEGA

VEGA asked CLAUDIA to keep trying (to call Guilty, p/c#3671), then asked if she (CLAUDIA) had anyone else's number from Calipatra (PH), because he needed to get a hold of Calipatra asap. CLAUDIA said everyone put their phones away, because they (poss. law enforcement) were searching everything. CLAUDIA said she could see if someone would answer a certain phone. VEGA asked that CLAUDIA please (call), and call him (VEGA) back.

EOC

SB: EL
RB:LJ

None

Linesheet - Session per Page

User: Jose Urita

| Case: | R1-10-0287 | Target: | (562) 794-7111 | Line: | (562) 794-7111 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3674 | Date: | 10/27/2011 | Classification: | Pertinent | Duration: | 00:04:00 |
| Monitored By: | Iaraccinie | Start Time: | 15:13:11 PDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 3232725984 | Asscociate Number: | (323) 272-5984 | Participants: | CLAUDIA p/c 495-TT2 Subscriber, Rolando Coka, | | |

### Synopsis

INCOMING: 323-272-5984

CLAUDIA and GUILTY to VEGA (three way call)

CLAUDIA said okay, that he (GUILTY) was on the line. VEGA asked if GUILTY. GUILTY identified himself. VEGA said Creeper from Eastside 13 had been hit. GUILTY said not where he was, that maybe he (Creeper) was in B yard. VEGA asked what yard he (GUILTY) was in. GUILTY said he was in A (yard). VEGA then said that he (Creeper) probably got hit in B (yard). GUILTY asked VEGA to hold. [ASIDE: GUILTY asked if Creeper from Eastside 13 was there]. GUILTY said no, that he (Creeper) was not at that yard (GUILTY's location, A yard). VEGA asked if he (GUILTY) had a number for that "mesa" (board). GUILTY asked for which one. VEGA said for B yard. GUILTY said there was someone (third party) there (A yard), that was in touch with B yard, but he (GUILTY) had to get a hold of him (third party). VEGA asked GUILTY to get it for him (VEGA).

VEGA that he was giving him (GUILTY) a heads-up that they (VEGA and others) made a determination that it was over with the hainas (girls), that anybody, who was listening to a haina (girl), or politicking (PH) with a haina (girl) would get smashed. VEGA then said that it (determination) came from the brothers from Campeon. GUILTY said okay, then asked if it was coming from Campeon. VEGA said that it was just between them (VEGA and GUILTY), but he (VEGA) would let the yards know. GUILTY said okay. VEGA said that Cricket from Hazards just came out (of prison), and they (Cricket and others) all sat down, before he (Cricket) left and determined that all the hainas' (girls) politicking (PH) was getting homies hit. VEGA then said that some of those hainas (girls) did not even go to the "big" (main guy), and they were getting shit all twisted, especially Popeye's daughter (Vianna, per case#0231). GUILTY said okay. VEGA said that she (Vianna) had already been told to calm down. GUILTY said he got it. VEGA said they (VEGA and others) were just relaying the message and sat down this morning but had to sit down again. GUILTY said okay. VEGA said they (VEGA and others) also had a talk with Eddie (PH), but it did nothing, because he (Eddie) did not want to come along, that he (Eddie) was scared. VEGA then said that was the word, so he (VEGA) just wanted him (GUILTY) to know. GUILTY said okay. VEGA said they would pass the message along again in two (2) weeks, because Freddie would be getting out next month, so they (VEGA and others) were waiting for him (Freddie).

GUILTY asked if he (VEGA) could hear him (GUILTY). VEGA said yes. GUILTY said (Audio glitch due to bad reception). VEGA asked if they (GUILTY) and others were being searched. GUILTY said they (law enforcement) started searching today. VEGA acknowledged. GUILTY said he would try to get the number he (VEGA) wanted and would call the homegirl (poss. Claudia) to give it to her (Claudia), or he (GUILTY) would call him (VEGA) directly. VEGA said all right. GUILTY told VEGA not to worry, that he (GUILTY) would look into that, then thanked VEGA.

EOC

SB: EL
RB: LJ

*CLAUDIA, PRISON CALL*

*PC 187*

None

Linesheet - Session per Page

User: Jose Urita

| Case: R1-10-0287 | Target: (562) 794-7111 | Line: (562) 794-7111 | File Number: |

None

Linesheet - Session per Page

User: Jose Urita

| Case: | R1-10-0287 | Target: | (562) 794-7111 | Line: | (562) 794-7111 | File Number: | |
|---|---|---|---|---|---|---|---|
| Session: | 3707 | Date: | 10/27/2011 | Classification: | Pertinent | Duration: | 00:00:58 |
| Monitored By: | laraccinie | Start Time: | 17:02:57 PDT | Complete: | Completed | Direction: | Incoming |
| In Digits: | 6262777418 | Asscociate Number: | (626) 277-7418 | Participants: | Subscriber, Rolando Coka, UM229 | | |

## Synopsis

INCOMING: 626-277-7418

UM229 to VEGA

UM229 said he was told he (VEGA) was trying to get a hold of Guilty from Calipatria (PH). VEGA said yes. UM229 said he could probably get him (VEGA) a number over there, in B yard. VEGA asked if his (UM229's) homeboy was still there. UM229 said no, that his homeboy was snatched up already. VEGA said okay, then asked UM229 to try get in contact with him (possibly Guilty) as soon as possible. UM229 said okay, then asked if everything was fine. VEGA said yeah, but someone had gotten whacked, that was not supposed to get whacked. VEGA then said he would call him (UM229) back in a little while, because he was busy. UM229 said okay, and asked for a call back.

EOC

SB: EL
RB: LJ

PC187 CALL