## ADDENDUM TO THE PRESENTENCE REPORT

**Sentencing Judge:** Honorable Christina A. Snyder
**Defendant:** GARCIA, Claudia
**Docket No.** 0973 2:13CR00484-11
**Sentencing Date:** 3/9/2015
**Defense Counsel:** James S. Bisnow
626-229-9665

The presentence report (PSR) was disclosed to the parties on January 26, 2015.

## OBJECTIONS

### By the Government

On February 25, 2015, the Probation Officer received the government's sentencing position, in which the government argues that a 33-month term of imprisonment, followed by a three-year term of supervised release is the appropriate sentence for this defendant. The government did not object to the calculation of the total offense level or the criminal history category in the PSR.

### By the Defendant

On February 23, 2015, the Probation Officer received the defense counsel's sentencing position. The defense counsel argues that a 12-month term of "…intermittent confinement, home detention, and community confinement" is the appropriate sentence for this defendant. The defense counsel did not object to the calculation of the total offense level or the criminal history category in the PSR.

Respectfully Submitted,

MICHELLE A. CAREY
Chief U.S. Probation Officer

Pamela Chen
U.S. Probation Officer
213-894-6022

Approved:

*Susan Jones*

SUSAN JONES
Supervisor
213-894-6025

Date Disclosed: 3/3/2015

T10\GARCIA_CLAUDIA_135509_CAS_ADM