# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

| Case No. | CR13-484-CAS | Date | March 9, 2015 |
|---|---|---|---|

Present: The Honorable ___ CHRISTINA A. SNYDER

| KAMILLA SALI-SULEYMAN | CHIA MEI JUI | MARK CHILDS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| CLAUDIA GARCIA | ☐ | X | JAMES BISNOW | ☐ | ☐ | X | N/A |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT HEARING**   ☐   **Contested**   ☐   **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_X_ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          ___ Refer to separate Judgment Order.

___ Imprisonment for _Years/months_ on each of counts

___ Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of _$_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.

___ Serve _____ in a CCC/CTC.

___ Pay _$_____ fine amounts & times determined by P/O.

___ Make _$_____ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay _$_____ per count, special assessment to the United States for a total of _____ _$_____

___ Imprisonment for _months/years_ and for a study pursuant to 18 USC _____
with results to be furnished to the Court within _days/months_ _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

_X_ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_X_ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.     _X_ Processed statement of reasons.

_X_ Bond exonerated     _X_ upon surrender     ___ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release     # _____

___ Present bond to continue as bond on appeal.

___ _____     Appeal bond set at _$_____

_X_ Filed and distributed judgment. ENTERED.

___ Other _____

|  | 00 | : | 28 |
|---|---|---|---|
| Initials of Deputy Clerk | KSS | | |