

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:    Chief Deputy/Fiscal

**Re:    Verification of Surrender to Bureau of Prisons or Report to United States Probation**

    Case Number:   2:13−cr−00484−CAS
    Defendant's Name:   Claudia Garcia

The above−named defendant was ordered to self−surrender to begin serving their sentence of imprisonment on   5/26/15  . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :  5/27/2015  , it was verified the defendant:**

   defendant surrendered to MDC−LA on 5/26/2015   .

**Verified via e−mail with the following:**

U.S. Marshal:  Kelly Gutierrez   *(Name of Officer)*

  June 1, 2015                         By    /s/ *Evelyn Synagogue*
      Date                                                Deputy Clerk